IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DR. CARL MOORE, an individual, and COLEMAN MOORE, an individual, and KIMBERLY CULBRETH, an individual, and all of the above named individuals, as intestate heirs to the Estate of LINDA MOORE, deceased,<br><br>   Plaintiffs,<br><br>v.<br><br>COVINGTON COUNTY COMMISSION, as the legislative body for the County of Covington, State of Alabama, and COVINGTON COUNTY, a body corporate organized under the laws of the State of Alabama,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:07-cv-511-WKW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COVINGTON COUNTY COMMISSION'S MOTION TO DISMISS

COMES NOW the Covington County Commission, Defendant in the above-styled cause, and submits this Motion to Dismiss pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure and state as follows:

1. The Plaintiffs' federal allegations fail to state any enabling statute for their claims and those claims are due to be dismissed because the Federal Constitution, without more, is not a source of substantive rights.

2. The Fifth Amendment claims are due to be dismissed because the Fifth Amendment does not apply to local governments.

3. The "arbitrary and capricious" claim is due to be dismissed because it stands free of any other law and does not state a cognizable claim.

4. All claims against the Covington County Commission are due to be dismissed because of the Plaintiffs' failure to file a Notice of Claim as required under Ala. Code § 11-12-8.

5. All state law claims not previously discussed are due to be dismissed because there is no mechanism under which they may be brought.

6. The Covington County Commission is immune from punitive damages.

Respectfully submitted this 11th day of June, 2007.

                                          C. RICHARD HILL, JR. (HIL045)
                                          Attorney for Defendant
                                          Covington County Commission

OF COUNSEL:

Webb & Eley, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124-0909
(334) 262-1850 - Telephone
(334) 262-1772 – Fax
rhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of June, 2007, I filed the foregoing with the Clerk of the Court and mailed, postage prepaid, a copy of the same to the following:

Walt M. Merrell, III, Esquire
Merrell, Bryan, Scot & Scott L.L.C.
Post Office Drawer 1007
Andalusia, Alabama 36420

and that I have served the foregoing Notice of Removal by sending a copy of the same via Federal Express, fees paid, upon:

Honorable Roger A. Powell
Circuit Court Clerk
1K North Court Square
Andalusia, Alabama 36420

                                          OF COUNSEL