**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR ROGER A POWELL
Circuit Clerk
COVINGTON COUNTY
1 K NORTH COURT SQUARE
ANDALUSIA AL 36420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Deborah Smith*  ☒ Agent  ☐ Addressee

B. Received by ( Printed Name )
Deborah Smith

C. Date of Delivery
6/19/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:07CV511
# 4 order

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0005 4873 8719

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540